IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01462-KLM

MARGIE ANN KEENER,

    Plaintiff,

v.

THE HARTFORD INSURANCE COMPANY OF THE MIDWEST, doing business as The Hartford,

    Defendant.
_____

### MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Joint Motion to Permit Counsel to Appear by Telephone at the October 8, 2014 Scheduling/Planning Conference** [#19][1] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#19] is **GRANTED**.  Accordingly,

    IT IS FURTHER **ORDERED** that counsel for both parties may appear by telephone at the Scheduling Conference on October 8, 2014 at 10:00 a.m. by dialing the Court at **303-335-2770**.  The parties must initiate a conference call between themselves before dialing the Court.

    Dated:  August 13, 2014

---

[1] "[#19]" is an example of the convention I use to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this Minute Order.