IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01462-KLM

MARGIE ANN KEENER,

    Plaintiff,

v.

THE HARTFORD INSURANCE COMPANY OF THE MIDWEST, doing business as The Hartford,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Agreed Order** [#22], filed as a Joint Motion for Order to Correct Name of Defendant (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#22] is **GRANTED**. The name of Defendant shall be amended to "Hartford Life Insurance Company." The Clerk of Court shall amend the name on the electronic docket. All future filings in this matter shall reflect this amendment.

    IT IS FURTHER **ORDERED** that the parties shall file a written motion, as opposed to agreed orders, any time they seek an order or other action from the Court, regardless of whether the parties are in agreement as to the requested relief. Unopposed motions may be so designated in the title.

    Dated:  August 27, 2014