IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01462-KLM

MARGIE ANN KEENER,

    Plaintiff,

v.

HARTFORD LIFE INSURANCE COMPANY,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant's **Motion to Dismiss State-Law Claims in Plaintiff's Second Amended Complaint** [#18] (the "Motion"), filed on August 4, 2014. The Motion seeks dismissal of Plaintiff's state law claims under Colo. Rev. Stat. 10-3-1116(1) and 10-3-1116(3). On August 25, 2014, Plaintiff voluntarily agreed to the dismissal of her claims under Colo. Rev. Stat. 10-3-1116. *Stipulation of Partial Dismissal* [#21]. Accordingly,

    IT IS HEREBY **ORDERED** that the Motion [#18] is **DENIED as moot**.

    Dated: August 27, 2014